160 A.3d 555

**PERRY, Brooks S.**

v.

**STATE of Maryland**

**Pet. Docket No. 465, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Reported below:  229 Md.App. 687, 146 A.3d 529.

Petition for writ of certiorari dismissed.

160 A.3d 555

**REHKEMPER**

v.

**O'BRIEN**

**Pet. Docket No. 8, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2638, Sept. Term, 2015).

Petition for writ of certiorari denied.